
1983

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

WILLIAM R. BEST JR.

Inmate Identification Number: 299914

(Enter above the full name(s) of the plaintiff(s) in this action)

vs.

SHERIFF HARRIS HUFFMAN

WARDEN DAVID BROWN

(Enter above full name(s) of the defendant(s) in this action)

CV-16-P-2033-S

**NOTICE TO FILING PARTY**

It is your responsibility to notify the clerk in writing of any address change. Failure to notify the clerk may result in dismissal of your case without further notice.

Previous lawsuits

A.   Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
     Yes (   )          No ( X )

B.   If your answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

   1.   Parties to this previous lawsuit:

        Plaintiff(s): _____

        Defendant(s): _____

2. Court (if Federal Court, name the district; if State Court, name the county) _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

Place of present confinement — EASTERLING CORRECTIONAL FACILITY

A. Is there a prisoner grievance procedure in this institution?
   Yes ( ✗ )     No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
   Yes ( ✗ )     No ( )

C. If your answer is YES:

   1. What steps did you take? I FILED NUMEROUS REQUESTS TO THE WARDEN REQUESTING MEDICAL ATTENTION

   2. What was the result? ALL REQUESTS WERE IGNORED UNTIL THE MATTER WAS ADDRESSED BY INTERVENTION THROUGH CAHABA MENTAL HEALTH

D. If your answer is NO, explain why not? _____

Parties

In item (A) below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A.  Name of plaintiff(s) __WILLIAM BEST__

Address __200 WALLACE DR. F2 48A__
__CLIO, AL 36017__

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item (C) for the names, positions, and places of employment of any additional defendants.

B.  Defendant __HARRIS HUFFMAN__

is employed as __SHERIFF OF DALLAS COUNTY, ALABAMA__

at __P.O. BOX 531 - SELMA, AL 36702-0531__

C.  Additional Defendants __DAVID BROWN__
__WARDEN DALLAS COUNTY JAIL__
__585 SELFIELD RD.__
__SELMA, AL. 36702__

Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

I WAS DENIED MEDICATION AND MEDICAL INTERVENTION AS AN INMATE AT DALLAS COUNTY JAIL RESULTING IN PERMANENT VISION LOSS. THE SHERIFF AND WARDEN WERE BOTH ADVISED BY MYSELF AND THROUGH ATTORNEY VAUGHAN RUSSELL ON MULTIPLE

3

OCCASIONS THAT I WAS IN NEED OF BEING EXAMINED BY AN EYE DOCTOR FOR POSSIBLE DIABETIC COMPLICATIONS AFFECTING MY VISION. THEY REPEATEDLY IGNORED THESE REQUESTS FROM JUNE 2014 UNTIL FEBRUARY 2015 BY WHICH TIME I WAS COMPLETELY BLIND IN BOTH EYES. NO INTERVENTION ~~WOULD HAVE BEEN OBTAINED HAD THE~~ THERAPIST AT CAHABA MENTAL HEALTH NOT PROVIDED OPPORTUNITY FOR ME TO BE EXAMINED AT NO COST TO THE COUNTY.

**RELIEF**

State briefly *exactly* what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I AM SEEKING MONEY DAMAGES FROM BOTH HARRIS HUFFMAN AND DAVID BROWN IN THE AMOUNT OF $250,000⁰⁰ EACH. ALSO I AM SEEKING A DIRECTIVE FROM THE COURT TO PREVENT ANY FURTHER INCARCERATION OF MYSELF OR ANYONE ELSE WITHOUT PROPER MEDICAL ATTENTION BEING PROVIDED.

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11/29/16

*[signature]*

Sworn to before me on this 29th day of November, 2016

*[signature]*

GERALD ROYAL WAGNER
Notary Public, AL State at Large
My Comm. Expires Mar. 2, 2019

*[signature]*
Signature(s)